IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | CASE NO. 8:26CR20 |
|---|---|
| Plaintiff, | |
| vs. | SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE |
| MELVIN M. DORTCH, | |
| Defendant. | |

Defendant states to the Court as follows:

(1)   I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2)   I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3)   At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____   03/11/2026
Defendant                          Date

_____   03/11/2026
Attorney for Defendant             Date

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this  11th  day of    March   , 2026.

BY THE COURT:

  s/ Ryan C. Carson
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT