IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN M. DORTCH,<br><br>Defendant. | **8:26CR20**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 49). The Court has carefully reviewed the record in this case and finds as follows:

1. On May 5, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 40) forfeiting defendant Melvin M. Dortch's interest in a "any firearms, ammunition, and any and all optics, attachments, and accessories involved in the commission of the offense" including a Glock, model 27, .40 caliber pistol.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 5, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (Filing No. 48) was filed herein on August 27, 2026.

3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 49) is granted.

2. All right, title and interest in and to the iPhone S/N W994WWDN7W, held by any person or entity are forever barred and foreclosed.

3. The iPhone S/N W994WWDN7W is forfeited to the government.

4. The government is directed to dispose of the iPhone S/N W994WWDN7W in accordance with law.

Dated this 27th day of August 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge