IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN M. DORTCH,<br><br>Defendant. | **8:26CR20**<br><br>**ORDER** |

Before the Court is non-party Kenyetta K. Holloway's Request for Transcript (Filing No. 51) of the plea hearing held April 16, 2026 and the sentencing hearing held July 9, 2026.

IT IS ORDERED:

1. The Request for Transcript (Filing No. 51) is granted.
2. The Clerk's Office is directed to mail a copy of this order to Kenyetta K. Holloway at 3924 N. 22nd Street, Omaha, Nebraska 68110.
3. Court reporters Kayle Gute and Brenda Fauber are directed to advise Kenyetta K. Holloway of the cost to obtain the transcripts. Kenyetta K. Holloway will be responsible for those transcript costs.

Dated this 1st day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge